IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANE JONATHAN STORM            :       CIVIL ACTION
                                :
            v.                  :
                                :
MR. SHANNON, et al.             :       NO. 06-1745

ORDER

AND NOW, this 10th day of July, 2006, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and the Petitioner's Reply to Respondents Response to Petition for Writ of Habeas Corpus (Docket No. 8), IT IS HEREBY ORDERED that:

    1.  The Report and Recommendation is APPROVED and ADOPTED.

    2.  The petition for a writ of habeas corpus is DENIED.

    3.  There is no basis for the issuance of a certificate of appealability.

    4.  After the Report and Recommendation was issued, the petitioner filed the Petitioner's Reply to Respondents Response to Petition for Writ of Habeas Corpus.  The Court considered this document as an objection to the Report and Recommendation, and, as the Court concludes that the Report and Recommendation disposed of the issues raised in the objection,

the objection to the Report and Recommendation is OVERRULED.

       5.   The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.